IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT

Case: 1:25-mc-00136
Assigned To : Boasberg, James E.
Assign. Date : 8/29/2025
Description: Misc.

IN RE APPLICATION OF FIFTEEN PRESS ORGANIZATIONS FOR ACCESS TO SEALED SEARCH WARRANT RECORDS

Chief Judge James E. Boasberg

## APPLICATION FOR ACCESS TO SEALED SEARCH WARRANT RECORDS

Pursuant to Local Criminal Rule 57.6, The New York Times Company, Advance Publications, Inc., American Broadcasting Companies, Inc. d/b/a ABC News, The Associated Press, Axios Media Inc., Bloomberg L.P., Cable News Network, Inc., Dow Jones & Company, Inc., publisher of The Wall Street Journal, National Public Radio, Inc., NBCUniversal Media, LLC d/b/a NBCUniversal News Group, NOTUS (Allbritton Journalism Institute), POLITICO LLC, Reuters News & Media Inc., WP Company LLC d/b/a The Washington Post, and WUSA-TV (together, the "Press Applicants") respectfully submit this application for leave to unseal the search warrant and related filings (the "Search Warrant Records") pertaining to the search warrant executed on August 22, 2025 at the Washington, DC office of John Bolton.

Specifically, Press Applicants seek access to: (1) the search warrant and all attachments; (2) the warrant application; (3) all probable cause affidavits filed in support of the warrant application; (4) any motion to seal the warrant-related records; (5) any order sealing the warrant-related records; (6) any warrant return; and (7) any other records filed with this Court in connection with the search warrant. The grounds for this application are set forth in the accompanying memorandum of law. A proposed order is also attached.

**RECEIVED**

AUG 2 9 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Dated: August 29, 2025        Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Maxwell S. Mishkin*
Maxwell S. Mishkin (#1031356)
Charles D. Tobin (#455593)
Lauren P. Russell (#7567949)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
mishkinm@ballardspahr.com
tobinc@ballardspahr.com
russelll@ballarspahr.com

*Counsel for the Press Applicants*

2