**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE APPLICATION OF FIFTEEN PRESS ORGANIZATIONS FOR ACCESS TO SEALED SEARCH WARRANT RECORDS | Case No. _____<br><br>Chief Judge James E. Boasberg |

## [PROPOSED] ORDER

This matter is before the Court on the Application for Access to Sealed Search Warrant Records filed in this matter by multiple news organizations (together, the "Press Applicants").

Based upon all the files, records, and proceedings herein, it is hereby ORDERED that the Application is GRANTED.

The Clerk of Court is directed to unseal and place on the public docket all records filed in connection with the search warrant executed at the Washington, DC office of John Bolton on August 22, 2025.

IT IS SO ORDERED.


Dated: _____

                                        _____
                                        Chief Judge James E. Boasberg