## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF FIFTEEN PRESS ORGANIZATIONS FOR ACCESS TO SEALED SEARCH WARRANT RECORDS | Case No. 25-mc-00136<br><br>Chief Judge James E. Boasberg |

### **CORRECTED NOTICE OF SUPPLEMENTAL AUTHORITY**

The Press Applicants respectfully submit this notice of supplemental authority regarding their application to unseal the warrant and related filings pertaining to the August 22, 2025 search of the Washington, DC office of John Bolton (the "Search Warrant Records").[1]

In their application, the Press Applicants noted they had moved in the U.S. District Court for the District of Maryland to unseal the search warrant executed on John Bolton's residence in Bethesda, Maryland. *See In re Mot. to Intervene and Unseal Search Warrant Records,* Case No. 25-mc-539-TJS (D. Md.). There, the government agreed that certain information in the search warrant materials should be made public, and on September 4, 2025, the government filed its own motion to partially unseal those search warrant materials with proposed redactions. Ex. A (ECF No. 11). That same day, the court publicly docketed the government's motion and most of the appended search warrant materials with the government's proposed redactions. *Id.* On September 12, 2025, the court issued an order granting in part the government's and the Press Applicants' motions as to the affidavit in support of the search warrant. Ex. B (ECF No. 14). A redacted version of the affidavit was publicly docketed that day. Ex. C (ECF No. 15).

---

[1] The Press Applicants are The New York Times Company, Advance Publications, Inc., American Broadcasting Companies, Inc. d/b/a ABC News, The Associated Press, Axios Media Inc., Bloomberg L.P., Cable News Network, Inc., Dow Jones & Company, Inc., publisher of The Wall Street Journal, National Public Radio, Inc., NBCUniversal Media, LLC d/b/a NBCUniversal News Group, NOTUS (Allbritton Journalism Institute), POLITICO LLC, Reuters News & Media Inc., WP Company LLC d/b/a The Washington Post, and WUSA-TV.

2

Dated:  September 15, 2025        Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Maxwell S. Mishkin*
Maxwell S. Mishkin (#1031356)
Charles D. Tobin (#455593)
Lauren P. Russell (#7567949)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
mishkinm@ballardspahr.com
tobinc@ballardspahr.com
russelll@ballardspahr.com

*Counsel for the Press Applicants*