UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF FIFTEEN PRESS ORGANIZATIONS FOR ACCESS TO SEALED SEARCH WARRANT RECORDS | No. 1:25-mc-136 (JEB) |

### NOTICE OF FILING

The United States of America, by and through the undersigned counsel, respectfully notifies this Court and the parties that it has filed, *ex parte* and under seal, with the appropriate magistrate judge, a Motion to Partially Unseal Records in connection with the search warrant records pertaining to the August 22, 2025 search of John Bolton's Washington, D.C., office. The government will promptly advise the Court and the plaintiffs of any unsealing made in that matter.

Respectfully submitted,

JEANINE F. PIRRO
UNITED STATES ATTORNEY

*/s/ Jocelyn Ballantine*
JOCELYN BALLANTINE (CA Bar No. 208267)
National Security Section
United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
(202) 252-7252
Jocelyn.Ballantine2@usdoj.gov

*/s/ S. Derek Shugert*
S. DEREK SHUGERT (D.C. Bar No. 90013993)
Trial Attorney
Counterintelligence and Export Control Section
National Security Division
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 616-1051
shawn.shugert@usdoj.gov