UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF FIFTEEN PRESS ORGANIZATIONS FOR ACCESS TO SEALED SEARCH WARRANT RECORDS | No. 1:25-mc-136 (JEB) |

### NOTICE OF FILING

The United States of America, by and through the undersigned counsel, respectfully notifies this Court that, on October 31, 2025, Magistrate Judge Upadhyaya issued an order in 25-sw-241 directing that the Clerk of Court file the redacted "Search Warrant Materials" on the public docket in that matter. The Search Warrant Materials are available at: https://www.dcd.uscourts.gov/unsealed-orders-opinions-documents/Search%20Warrants%20%28Physical%29/2026.

        Respectfully submitted,

        JEANINE F. PIRRO
        UNITED STATES ATTORNEY

        */s/ Jocelyn Ballantine*
        JOCELYN BALLANTINE (CA Bar No. 208267)
        National Security Section
        United States Attorney's Office
        601 D Street NW
        Washington, D.C. 20530
        (202) 252-7252
        Jocelyn.Ballantine2@usdoj.gov

Dated:  January 23, 2026